FILED

07/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0318



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0318

DANIEL L. MORLEY,

      Plaintiff and Appellee,

v.

CYNTHIA J. MORLEY and
KENNETH E. MORLEY,

      Defendants and Appellants.

**GRANT OF EXTENSION**

      Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until September 22, 2021, to prepare, file, and serve the Appellant's brief.

DATED this July 23, 2021

                                     Bowen Greenwood
                                     Clerk of the Supreme Court

c:     Craig D. Charlton, Lewis Kelsey Smith, III., Kenneth Alan Connors, Patrick T. Fox